# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00105 |
| | ) | Judge Trauger |
| DEMETRIUS T. JONES | ) | |

## O R D E R

A hearing was held on March 19, 2014 on the Petition to Revoke Supervision. (Docket No. 91) By agreement, it is hereby **ORDERED** that this hearing is **CONTINUED** and **RESET** for Monday, June 30, 2014, at 3:30 p.m., in order to give the defendant an opportunity to bring himself into compliance with all conditions of his supervision.

It is so **ORDERED**.

ENTER this 19th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge