# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00105 |
| | ) | Judge Trauger |
| DEMETRIUS T. JONES | ) | |
| | ) | |

## **O R D E R**

It is hereby **ORDERED** that the revocation proceeding scheduled for June 30, 2014 is **RESET** for Wednesday, June 25, 2014, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge