UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 8/26/14 at 1:30 p.m.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:07-00105 |
| | ) | JUDGE TRAUGER |
| DEMETRIUS T. JONES | ) | |

## UNOPPOSED MOTION TO CONTINUE REVOCATION HEARING

The defendant, Demetrius Jones, through undersigned counsel, hereby moves this Honorable Court for an order continuing the revocation hearing that is presently set for Wednesday, June 25, at 10:00 a.m. for approximately 60 days.

In support of this motion, Mr. Jones would show that the parties have conferred and would like to continue the revocation hearing in order to allow Mr. Jones to continue treatment and demonstrate that he can comply with the conditions of his supervised release. Undersigned counsel has discussed this motion with United States Probation Officer Josh Smith and with Assistant United States Attorney Philip Wehby, and they have also authorized undersigned counsel to represent that they are not opposed to the requested continuance. Mr. Jones is scheduled to terminate from supervision on September 22, 2014.

WHEREFORE, Mr. Jones respectfully requests that this Honorable Court continue the revocation hearing for approximately 60 days.

Respectfully submitted,

s/ *R. David Baker*
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Demetrius T. Jones